United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17087-amc
Johntel Clark                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith           Page 1 of 1                  Date Rcvd: Mar 09, 2020
                          Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
db              Johntel Clark,    260 Macdonald Avenue,    Wyncote, PA   19095-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
      CAROL B. MCCULLOUGH    on behalf of Debtor Johntel  Clark mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
      GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Johntel Clark : Case No. 19−17087−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 9, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

19
Form 195