US District Clerk Of Court

900 Market St #400

Phila PA 19107

7/29/23

To whom it may concern:

The reason I am writing is recently I disputed a public record listed on a consumer report. The consumer reporting agency in return stated they verified the information with the court.

Do the court verify information for third party agencies and what is the process that is used to verify information for third party agencies?

Thank you for your prompt response.

Enclosed you will find a self addressed prepaid letter.

Best regards,

Johntel Clark



FILED
AUG 10 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK
BY