*Form 235* (3/23)–doc 21

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Johntel Clark | ) | Case No. 19–17087–amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

### Notice to debtor(s) in re: credit reporting

     In reply to your letter, the Bankruptcy Court **does not report information** to any
of the credit reporting agencies. The credit reporting agencies, however, collect information regarding
bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules,
and other documents are public records. Regardless of the disposition of your case (i.e., open, closed,
discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for
up to ten years.

     The Bankruptcy Court is unable to assist you with removing or correcting information listed on
your credit report.

     For more information, please visit the following webpage:
    (https://www.paeb.uscourts.gov/credit–reporting–and–court–records)

Date: August 11, 2023

For The Court

Timothy B. McGrath
Clerk of Court